**STATE of Missouri, Respondent,**

v.

**Leslie T. DEAN, Appellant.**

**No. WD 39814.**

Missouri Court of Appeals,
Western District.

May 24, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Jeffrey J. Rosanswank, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Theodore A. Bruce, Elizabeth Healey, Asst. Attys. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of robbery in the first degree, § 569.020 RSMo 1986, and sentence of twelve years' imprisonment.

Affirmed. Rule 30.25(b).